UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                                                     :          **ORDER**
v.                                                       :
                                                                      :          S1 17 CR 36 (VB)
TERRY COVINGTON,                  :
                           Defendant.          :
--------------------------------------------------------------x

In response to the Court's order of May 4, 2020 (Doc. #53), the government has advised the Court that it is not willing to waive the administrative exhaustion requirement set forth in 18 U.S.C. § 3582(c)(1)(A) with respect to defendant's motion for a reduction of sentence (Doc. #55),

Accordingly, consistent with the Court's May 4, 2020 Order, the motion is DENIED WITHOUT PREJUDICE to re-filing after the administrative exhaustion requirement has been satisfied.

Chambers will mail a copy of this Order to defendant at the following address:

Terry Covington
Reg. No. 78666-054
FPC McKean
P.O. Box 8000
Bradford, PA  16701

Dated: May 7, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge