Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                    Docket No. 17CR36-1

Terry Covington

On April 16, 2021, the above named was placed on Supervised Release for a period of 36 months. He has complied with the rules and regulations of Supervised Release and we believe that a reduction in supervision is warranted. It is accordingly recommended that Terry Covington's Supervised Release be reduced by one (1) year.

Respectfully submitted,

by _____
Erin Weinrauch
Supervisory U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that Terry Covington be granted a one (1) year reduction in his Supervised Release term with a new maximum expiration date of April 15, 2023.

Date this  17th  day of  February , 20 23 .

_____
Honorable Vincent L. Briccetti
U.S. District Judge